## NEBRASKA DEPARTMENT OF AERONAUTICS

v.

## CIVIL AERONAUTICS BOARD.

No. 16944.

United States Court of Appeals
Eighth Circuit.

Feb. 14, 1962.

William C. Burt and Robert M. Beckman, Washington, D. C., and Rush C. Clarke, No. Platte, Neb., for petitioner.

John H. Wanner and Raymond J. Rasenberger, Washington, D. C., for respondent.

PER CURIAM.

Petition for Review of Orders of Civil Aeronautics Board dismissed with prejudice without costs on motion of petitioner and agreement of counsel for respondent and Intervenor.

## UNITED STATES of America, Appellee,

v.

## Julian Marion SMITH, Defendant-Appellant.

No. 193, Docket 27175.

United States Court of Appeals
Second Circuit.

Argued Feb. 7, 1962.

Decided Feb. 7, 1962.

David Klingsberg, Asst. U. S. Atty., Southern District of New York, New York City (Robert M. Morgenthau, U. S. Atty., and Sheldon H. Elsen, Asst. U. S. Atty., New York City, on the brief), for appellee.

Theodore Krieger, New York City, for defendant-appellant.

Before LUMBARD, Chief Judge, and WATERMAN and HAYS, Circuit Judges.

PER CURIAM.

We affirm in open court the appellant's conviction for violation of the narcotics laws, 21 U.S.C.A. §§ 173 and 174, by Judge Murphy on appellant's waiver of jury trial, as we find no merit in his claims of errors with respect to his arrest and the seizure of narcotics from his person and the fact that certain reports, which were not requested, were not made available.